|  |  |
|---|---|
| Mahmoud Mohamed Mansour SHALABY, <br><br> *Petitioners*, <br><br> v. <br><br> Kenneth GENALO, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Markwayne MULLIN in his official capacity as Secretary of Homeland Security; Todd BLANCHE, in his official capacity as Atttorney General. <br><br> *Respondents*. | **No. 2:26-cv-03368-EK** <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

WHEREAS, on June 4, 2026, petitioner Mahmoud Mansour Shalaby ("Mr. Shalaby") brought this action for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement and seeking an order from this Court directing that he be immediately released;

WHEREAS, Mr. Shalaby no longer wishes to pursue this action; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

| | |
|---|---|
| Brooklyn, New York <br> June 23, 2026 | New York, New York <br> June 23, 2026 |
| MAKE THE ROAD NEW YORK <br> *Attorney for Petitioner* | JOSEPH NOCELLA JR. <br> United States Attorney for the <br> Southern District of New York <br> *Attorney for Respondents* |
| /s/ Paige Austin <br> Paige Austin, Esq. <br> 301 Grove Street <br> Brooklyn, New York 11237 <br> Tel.   (718) 418-7690 | /s/ Geoffrey M. Stannard <br> Geoffrey M. Stannard <br> Assistant United States Attorney <br> 271-A Cadman Plaza East <br> Brooklyn, NY 11201 <br> Tel.   (212) 637-2772 |

**SO ORDERED.**

**/s/ Eric Komitee**

HON. ERIC R. KOMITEE
United States District Judge